1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HUNT, | ) Case No. CV 10-3053 JHN (JCG) |
| Petitioner, | ) |
| | ) **JUDGMENT** |
| v. | ) |
| RICK HILL, Warden, | ) |
| Respondent. | ) |
| _____ | ) |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE**.

DATED: April 22, 2011.

_____
HON. JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE